In the Matter of VINCENT J. WISCOVITCH, Petitioner, v FRANK A. GULOTTA, JR., Respondent. [918 NYS2d 901]—

The extraordinary remedy of mandamus will lie only to compel the performance of a ministerial act and only when there exists a clear legal right to the relief sought (*see Matter of Legal Aid Socy. of Sullivan County v Scheinman*, 53 NY2d 12, 16 [1981]). The petitioner has failed to demonstrate a clear legal right to the relief sought. Mastro, J.P., Florio, Belen and Austin, JJ., concur.